1

2

3

4

5

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8              SAN FRANCISCO DIVISION

9   The COUNTY OF MARIN, individually and          CASE NO. 3:17-cv-04935-VC
    on behalf of THE PEOPLE OF THE STATE
10  OF CALIFORNIA,

11              Plaintiff,                          **STIPULATION AND [PROPOSED] ORDER
                                                    REGARDING BRIEFING SCHEDULE**
12          v.

13  CHEVRON CORP.; CHEVRON U.S.A.,
    INC.; EXXONMOBIL CORP.; BP P.L.C.; BP
14  AMERICA, INC.; ROYAL DUTCH SHELL
    PLC; SHELL OIL PRODUCTS COMPANY
15  LLC; CITGO PETROLEUM CORP.;
    CONOCOPHILLIPS; CONOCOPHILLIPS
16  COMPANY; PHILLIPS 66; PEABODY
    ENERGY CORP.; TOTAL E&P USA INC.;
17  TOTAL SPECIALTIES USA INC.; ARCH
    COAL, INC.; ENI S.p.A.; ENI OIL & GAS
18  INC.; RIO TINTO PLC; RIO TINTO LTD.;
    RIO TINTO ENERGY AMERICA INC.; RIO
19  TINTO MINERALS, INC.; RIO TINTO
    SERVICES INC.; STATOIL ASA;
20  ANADARKO PETROLEUM CORP.;
    OCCIDENTAL PETROLEUM CORP.;
21  OCCIDENTAL CHEMICAL CORP.;
    REPSOL S.A.; REPSOL ENERGY NORTH
22  AMERICA CORP.; REPSOL TRADING USA
    CORP.; MARATHON OIL COMPANY;
23  MARATHON OIL CORPORATION;
    MARATHON PETROLEUM CORP.; HESS
24  CORP.; DEVON ENERGY CORP.; DEVON
    ENERGY PRODUCTION COMPANY, L.P.;
25  ENCANA CORP.; APACHE CORP.; and
    DOES 1 through 100, inclusive,
26
                Defendants.
27

28

### RECITALS

**WHEREAS**, Plaintiff the County of Marin filed this action against 37 defendants ("Defendants") in the Superior Court of the State of California, County of Marin, on July 17, 2017;

**WHEREAS**, on the same day, the County of San Mateo and City of Imperial Beach (collectively with the County of Marin, "Plaintiffs") filed related actions against Defendants in the Superior Courts of the State of California, Counties of San Mateo and Contra Costa, respectively;

**WHEREAS,** Defendants Chevron Corp. and Chevron U.S.A. Inc., with the consent of all Defendants who had then been served, removed these cases to the United States District Court, Northern District of California, on August 24, 2017;

**WHEREAS,** on August 25, 2017, Plaintiffs and the Defendants who had then been served filed with this Court a stipulation providing that all Defendants who had then been served shall have until October 2, 2017, to answer or otherwise respond to Plaintiffs' Complaints, and noting that the Parties intended to meet and confer to reach a negotiated schedule on the anticipated motion to remand and other motions, *see* Docket No. 4;

**WHEREAS**, on September 6, 2017, Plaintiffs and the Defendants who had then been served filed in the San Mateo action a stipulation to designate the County of San Mateo, City of Imperial Beach, and County of Marin cases as related under Local Rule 3-12(b) (the "Related Cases") (Case No. 3:17-cv-04929-VC, Dkt. No. 47);

**WHEREAS**, on September 12, 2017, this Court designated the County of San Mateo, City of Imperial Beach, and County of Marin cases as related cases (Dkt. No. 76);

**WHEREAS**, Plaintiffs intend to file a Motion to Remand, which Defendants intend to oppose;

**WHEREAS**, Defendants also intend to file threshold motions, including Motions to Dismiss pursuant to Fed. R. Civ. P. 12, and certain Defendants object to the exercise of personal jurisdiction, and intend to file Motions to Dismiss pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(4), and/or 12(b)(5) (collectively "Motions to Dismiss");

**WHEREAS**, the Parties agree it would be more efficient for the Parties and the Court for Defendants to file Motions to Dismiss or other responses to the Complaints after Plaintiffs file a Motion to Remand and the entry of an Order finally resolving any such motion;

**WHEREAS**, the Parties have met and conferred, and have agreed on a reasonable and orderly briefing schedule for the Motion to Remand and Motions to Dismiss or other responses to the Complaints that is in their respective interests and that will result in judicial efficiency;

**WHEREAS**, the Parties have considered the page limitations set forth in the Local Rules and this Court's standing order and have proposed adjustments to the default page limitations that the Parties believe will enable efficient briefing of the Motion to Remand as across the Related Cases in light of the number of parties, the multiple asserted bases for removal, and the complexity of the issues raised therein; and

**WHEREAS**, this stipulation does not operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any right, defense, affirmative defense, claim, or objection, including lack of personal jurisdiction, insufficient process, or insufficient service of process.

## **STIPULATION**

**NOW THEREFORE,** the parties hereby agree and stipulate as follows:

1.      Because the Related Cases contain many identical allegations and bases for removal, the parties agree that briefing for the Motion to Remand and Motions to Dismiss or other responses to the Complaints shall be consolidated.  Rather than filing separate briefs in all three cases, the parties shall file briefs in the County of San Mateo action that will apply to all three of the Related Cases.

2.      On or before September 25, 2017, Plaintiffs shall file their Notice of Motion to Remand.

3.      On or before October 23, 2017, Plaintiffs shall file their Motion to Remand, along with any supporting briefs and other materials.  Plaintiffs shall file a consolidated motion in order to avoid multiple briefs being filed.  A Consolidated Motion to Remand in all three Related Cases and on behalf of all Plaintiffs shall be no more than 60 pages, excluding any exhibits and other supporting materials.  As recited above, the Parties believe this number of pages is appropriate given the number

of parties, the multiple asserted bases for removal, and the complexity of the issues raised therein.

4.      On or before December 22, 2017, Defendants shall file their response(s) to Plaintiffs' Motion to Remand.  Defendants shall coordinate their efforts to file a consolidated response to the extent possible in order to avoid multiple briefs being filed, reserving the right of any Defendant to file a separate brief to the extent a separate response is necessary.  A Consolidated Opposition to Motion to Remand in all Related Cases and on arguments common to the Defendants shall be no more than 75 pages.  As recited above, the Parties believe this number of pages is appropriate given the number of parties, the multiple asserted bases for remand, and the complexity of the issues raised therein.

a.      Defendants do not waive their objections to personal jurisdiction, insufficient process, or insufficient service of process because of the Parties' agreement to have the Court consider and adjudicate the Motion to Remand prior to the filing of Motions to Dismiss.  Plaintiffs agree that they will not assert in federal or state court that there has been any waiver of personal jurisdiction, insufficient process, or insufficient service of process because of the Parties' agreement to have the Court consider and adjudicate the Motion to Remand prior to the filing of Motions to Dismiss.  Insofar as this Stipulation and [Proposed] Order defers briefing on the issues of personal jurisdiction, insufficient process, or insufficient service of process, it does not effect a waiver of those defenses.

5.      On or before January 22, 2018, Plaintiffs shall file their reply, if any, to Defendants' response(s) in opposition to the Motion to Remand.  Plaintiffs shall coordinate their efforts to file a consolidated reply to the extent possible in order to avoid multiple briefs being filed, reserving the right of any Plaintiff to file a separate brief to the extent it believes a separate response is necessary.  A Consolidated Reply shall be no longer than 50 pages.

6.      Defendants will not be required to file Answers or Motions to Dismiss or otherwise respond to Plaintiffs' Complaints until after the Court issues its ruling on the Motion to Remand and Plaintiffs agree not to argue that such Motions to Dismiss or other responses are untimely so long as they are filed as set forth in this briefing schedule.  In addition, pursuant to Rule 6-1(a) of this Court's Civil Local Rules and even in the absence of Court approval, this Stipulation shall serve to extend,

for all Defendants (including Defendants that were not served in one or more of the cases until after their removal to this Court), the time to file Answers or Motions to Dismiss until November 6, 2017. Upon Court approval of this stipulation, that time shall be further extended as is specified herein.

7.     In the event the Court denies the Motion to Remand, Defendants will file their responses to the Complaints within sixty (60) days following entry of an Order denying the Motion to Remand.

8.     Defendants shall coordinate their efforts to file consolidated Motions to Dismiss, except with respect to issues related to personal jurisdiction, insufficient process, or insufficient service of process, which are covered in Paragraph 9 below, to the extent possible in order to avoid multiple briefs being filed, reserving to any Defendant the right to file a separate brief to the extent it believes a separate motion is necessary.  As part of efforts to consolidate and organize briefing, the Parties have agreed, and this Court acknowledges, that the restrictions in Federal Rules of Civil Procedure 12(g) and 12(h) regarding multiple Motions to Dismiss do not apply to Motions to Dismiss filed by the date set forth in this briefing schedule.

9.     Also within sixty (60) days following entry of an Order denying the Motion to Remand, any Defendant that wishes to challenge personal jurisdiction, insufficient process, or insufficient service of process will file a Motion to Dismiss pursuant to Rule 12(b)(2), (4), and/or (5).

a.     As noted above, Defendants do not waive their objections to personal jurisdiction, insufficient process, or insufficient service of process because of the Parties' agreement to have the Court consider and adjudicate the Motion to Remand prior to the filing of Motions to Dismiss.  Plaintiffs agree that they will not assert in federal or state court that there has been any waiver of personal jurisdiction, insufficient process, or insufficient service of process because of the Parties' agreement to have the Court consider and adjudicate the Motion to Remand prior to the filing of Motions to Dismiss.  Insofar as this Stipulation and [Proposed] Order defers briefing on the issues of personal jurisdiction, insufficient process, or insufficient service of process, it does not effect a waiver of those defenses

10.     In the event the Court denies the Motion to Remand, the Parties shall meet and confer and make best efforts to agree on a further briefing schedule regarding any Oppositions or Replies to

1  Defendants' responses to the Complaints and issues raised therein, including whether Plaintiffs will

2  seek discovery related to any Defendant's challenge to the Court's personal jurisdiction under Fed. R.

3  Civ. P. 12(b)(2), though Defendants reserve the right to object to the taking of any such discovery, or

4  the timing thereof.  The Parties shall either: (a) submit a Stipulation and Proposed Order, or (b)

5  submit separate proposals, regarding such further briefing schedule, within thirty (30) days following

6  entry of an Order denying the Motion to Remand.

7        11.    In light of the large number of parties and complex threshold issues, the Parties will

8  suspend the deadline to serve Rule 26(a) Initial Disclosures, and the Court has agreed to suspend

9  issuance of a Rule 16(b) Scheduling Order until after the Court has ruled on the Motion to Remand

10  and, if applicable, any Motions to Dismiss filed by Defendants.

11

12  Dated: September 19, 2017

13  By: **/s/ Victor M. Sher_____       By: /s/ Theodore J. Boutrous_____

14  Victor M. Sher       GIBSON, DUNN & CRUTCHER LLP
    vic@sheredling.com

15  Matthew K. Edling       *Attorneys for Defendants,*
    matt@sheredling.com       *CHEVRON CORP. and CHEVRON U.S.A.,*

16  Timothy R. Sloane       *INC.*
    tim@sheredling.com

17  Martin D. Quiñones
    marty@sheredling.com

18  SHER EDLING LLP       By: **/s/ Patrick W. Mizell_____

19  425 California Street, Suite 810       Mortimer Hartwell (SBN 154556)
    San Francisco, CA 94104       VINSON & ELKINS LLP

20  Telephone: (628) 231-2500       555 Mission Street Suite 2000
    Facsimile: (628) 231-2929       San Francisco, CA 94105
         Telephone: (415) 979-6930

21  *Attorneys for Plaintiffs*       E-mail: mhartwell@velaw.com

22  *THE COUNTY OF SAN MATEO, THE CITY*
    *OF IMPERIAL BEACH, and THE COUNTY*       Patrick W. Mizell (*pro hac vice* pending)

23  *OF MARIN*       Deborah C. Milner (*pro hac vice* pending)
         VINSON & ELKINS LLP

24  ** Pursuant to Civ. L.R. 5-1(i)(3), the       1001 Fannin Suite 2300
    electronic signatory has obtained approval       Houston, TX 77002

25  from this signatory       Telephone: (713) 758-2932
         E-mail: pmizell@velaw.com
         E-mail: cmilner@velaw.com

26  By: **/s/ John C. Beiers_____

27       *Attorneys for Defendant*
    John C. Beiers (SBN 144282)       *APACHE CORPORATION*

28  jbeiers@smcgov.org
    Paul A. Okada (SBN 197100)       ** Pursuant to Civ. L.R. 5-1(i)(3), the

pokada@smcgov.org
David A. Silberman (SBN 211708)
dsilberman@smcgov.org
Margaret V. Tides (SBN 311177)
mtides@smc.gov
SAN MATEO COUNTY COUNSEL
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone:  (650) 363-4250
Facsimile:  (650) 363-4034

*Attorneys for Plaintiff*
*THE COUNTY OF SAN MATEO*

** Pursuant to Civ. L.R. 5-1(i)(3), the
electronic signatory has obtained approval
from this signatory


By: **/s/ Jennifer Lyon

Jennifer Lyon (SBN 215905)
jlyon@mcdougallove.com
Steven E. Boehmer (SBN 144817)
sboehmer@mcdougallove.com
McDOUGAL, LOVE, BOEHMER, FOLEY,
LYON & CANLAS
CITY ATTORNEY FOR CITY OF
IMPERIAL BEACH
8100 La Mesa Blvd., Ste. 200
La Mesa, CA 91942
Telephone: (619) 440-4444
Facsimile: (619) 440-4907

*Attorneys for Plaintiff*
*THE CITY OF IMPERIAL BEACH*

** Pursuant to Civ. L.R. 5-1(i)(3), the
electronic signatory has obtained approval
from this signatory


By: **/s/ Brian E. Washington

Brian E. Washington (SBN 146807)
bwashington@marincounty.org
Brian C. Case (SBN 254218)
bcase@marincounty.org
OFFICE OF THE COUNTY COUNSEL OF
MARIN
3501 Civic Center Dr., Ste. 275
San Rafael, CA 94903
Telephone: (415) 473-6117
Facsimile: (415) 473-3796

electronic signatory has obtained approval
from this signatory



By: **/s/ William M. Sloan

William M. Sloan (CA SBN 203583)
Jessica L. Grant (CA SBN 178138)
VENABLE LLP
505 Montgomery St, Suite 1400
San Francisco, CA 94111
Telephone: (415) 653-3750
Facsimile: (415) 653-3755
E-mail: WMSloan@venable.com
Email:  JGrant@venable.com

*Attorneys for Defendant*
*PEABODY ENERGY CORPORATION*

** Pursuant to Civ. L.R. 5-1(i)(3), the
electronic signatory has obtained approval
from this signatory


By: **/s/ Andrew A. Kassof

Elizabeth L. Deeley (SBN 230798)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
E-mail: elizabeth.deeley@kirkland.com

Andrew A. Kassof, P.C. (*pro hac vice*
pending)
Brenton Rogers (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
E-mail: andrew.kassof@kirkland.com
E-mail: brenton.rogers@kirkland.com

*Attorneys for Defendants*
*RIO TINTO ENERGY AMERICA INC., RIO*
*TINTO MINERALS, INC., RIO TINTO*
*SERVICES INC., RIO TINTO PLC, and RIO*
*TINTO LTD.*

** Pursuant to Civ. L.R. 5-1(i)(3), the
electronic signatory has obtained approval
from this signatory

1

*Attorneys for Plaintiff*
*THE COUNTY OF MARIN*

By: **/s/ Andrew McGaan*

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory

Christopher W. Keegan (SBN 232045)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
E-mail: chris.keegan@kirkland.com

By: **/s/ James J. Dragna*

James J. Dragna (SBN 91492)
Yardena R. Zwang-Weissman (SBN 247111)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Ave., 22nd Floor
Los Angeles, CA 90071-3132
Telephone:  (213) 680-6436
E-Mail: jim.dragna@morganlewis.com
E-mail:  yardena.zwang-weissman@morganlewis.com

Andrew R. McGaan, P.C. (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
E-mail: andrew.mcgaan@kirkland.com

*Attorneys for Defendant*
*ANADARKO PETROLEUM CORPORATION*

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory

Anna G. Rotman, P.C. (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
609 Main Street
Houston, Texas 77002
Telephone: (713) 836-3600
Facsimile: (713) 836-3601
E-mail: anna.rotman@kirkland.com

By: **/s/ Thomas F. Koegel*

Thomas F. Koegel, SBN 125852
CROWELL & MORING LLP
Three Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827
E-mail: tkoegel@crowell.com

Bryan D. Rohm (*pro hac vice* forthcoming)
TOTAL E&P USA, INC.
1201 Lousiana Street, Suite 1800
Houston, TX 77002
Telephone: (713) 647-3420
E-mail: bryan.rohm@total.com

Kathleen Taylor Sooy
Tracy A. Roman
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
E-mail: ksooy@crowell.com
E-mail: troman@crowell.com

*Attorneys for Defendants*
*TOTAL E&P USA INC. and TOTAL SPECIALTIES USA INC.*

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory

*Attorneys for Defendant*
*ARCH COAL, INC.*

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory

By: **/s/ Peter Duchesneau*

Craig A. Moyer (SBN 094187)
Peter Duchesneau (SBN 168917)
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224
E-mail:  cmoyer@manatt.com
E-mail:  pduchesneau@manatt.com

7

By: **/s/ Jonathan W. Hughes

Jonathan W. Hughes (SBN 186829)
ARNOLD & PORTER KAYE SCHOLER
LLP
Three Embarcadero Center, 10th Floor
San Francisco, California  94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400
E-mail:  jonathan.hughes@apks.com

Matthew T. Heartney (SBN 123516)
John D. Lombardo (SBN 187142)
ARNOLD & PORTER KAYE SCHOLER
LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
E-mail: matthew.heartney@apks.com
E-mail: john.lombardo@apks.com

*Attorneys for Defendants*
*BP AMERICA, INC. and BP P.L.C.*

** Pursuant to Civ. L.R. 5-1(i)(3), the
electronic signatory has obtained approval
from this signatory

By: **/s/ Megan R. Nishikawa

Megan R. Nishikawa (SBN 271670)
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone:  (415) 318-1200
Facsimile:  (415) 318-1300
Email:  mnishikawa@kslaw.com

Tracie J. Renfroe (*pro hac vice* pending)
Carol M. Wood (*pro hac vice* pending)
KING & SPALDING LLP
1100 Louisiana Street, Suite 4000
Houston, Texas 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290
Email: cwood@kslaw.com

Justin A. Torres (*pro hac vice* pending)
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006-4707
Telephone:  (202) 737 0500
Facsimile:  (202) 626 3737

Stephanie A. Roeser (SBN 306343)
MANATT, PHELPS & PHILLIPS, LLP
One Embarcadero Center, 30th Floor
San Francisco, CA  94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474
E-mail:  sroeser@manatt.com

*Attorneys for Defendant*
*CITGO PETROLEUM CORPORATION*

** Pursuant to Civ. L.R. 5-1(i)(3), the
electronic signatory has obtained approval
from this signatory

By: **/s/ Megan R. Nishikawa

Megan R. Nishikawa (SBN 271670)
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone:  (415) 318-1200
Facsimile:  (415) 318-1300
Email:  mnishikawa@kslaw.com

Tracie J. Renfroe (*pro hac vice* pending)
Carol M. Wood (*pro hac vice* pending)
KING & SPALDING LLP
1100 Louisiana Street, Suite 4000
Houston, Texas 77002
Telephone:  (713) 751-3200
Facsimile:  (713) 751-3290
Email: cwood@kslaw.com

Justin A. Torres (*pro hac vice* pending)
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006-4707
Telephone:  (202) 737-0500
Facsimile:  (202) 626-3737
Email: jtorres@kslaw.com

*Attorneys for Defendant*
*PHILLIPS 66*

** Pursuant to Civ. L.R. 5-1(i)(3), the
electronic signatory has obtained approval
from this signatory

By: **/s/ Dawn Sestito

M. Randall Oppenheimer (SBN 77649)

Email: jtorres@kslaw.com

*Attorneys for Defendants*
*CONOCOPHILLIPS and*
*CONOCOPHILLIPS COMPANY*

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory

By: **/s/ Gregory Evans_____

Gregory Evans (SBN 147623)
MCGUIREWOODS LLP
Wells Fargo Center
South Tower
355 S. Grand Avenue, Suite 4200
Los Angeles, CA 90071-3103
Telephone: (213) 457-9844
Facsimile: (213) 457-9888
E-mail: gevans@mcguirewoods.com

*Attorneys for Defendants*
*DEVON ENERGY CORPORATION and*
*DEVON ENERGY PRODUCTION*
*COMPANY, L.P.*

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory

By: **/s/ David E. Cranston_____

David E. Cranston (SBN 122558)
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor, Los Angeles, CA 90067
Telephone: (310) 785-6897
Facsimile: (310) 201-2361
E-mail: DCranston@greenbergglusker.com

*Attorneys for Defendants*
*ENI OIL & GAS INC. and ENI S.p.A.*

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory

By: **/s/ J. Scott Janoe_____

Christopher J. Carr (SBN 184076)
Jonathan A. Shapiro (SBN 257199)

Dawn Sestito (SBN 214011)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407
E-Mail:  roppenheimer@omm.com
E-Mail:  dsestito@omm.com

Theodore V. Wells, Jr. (*pro hac vice* pending)
Daniel J. Toal (*pro hac vice* pending)
Jaren E. Janghorbani (*pro hac vice* pending)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
E-Mail:  twells@paulweiss.com
E-Mail: dtoal@paulweiss.com
E-Mail: jjanghorbani@paulweiss.com

*Attorneys for Defendant*
*EXXON MOBIL CORPORATION*

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory

By: **/s/ Shannon Broome_____

Shannon S. Broome (SBN 150119)
Ann Marie Mortimer (SBN 169077)
HUNTON & WILLIAMS LLP
50 California Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 975-3700
Facsimile: (415) 975-3701
E-mail: sbroome@hunton.com
E-mail: amortimer@hunton.com

Shawn Patrick Regan (*pro hac vice* pending)
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, NY   10166-0136
Telephone: (212) 309-1000
Facsimile: (212) 309-1100
E-mail: sregan@hunton.com

*Attorneys for Defendant*
*MARATHON PETROLEUM CORPORATION*

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval

9

BAKER BOTTS L.L.P.
101 California Street
36th Floor, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300
Email: chris.carr@bakerbotts.com
Email: jonathan.shapiro@bakerbotts.com

Scott Janoe (*pro hac vice* pending)
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1553
Facsimile:  (713) 229 7953
Email: scott.janoe@bakerbotts.com

Evan Young (*pro hac vice* pending)
BAKER BOTTS L.L.P.
98 San Jacinto Boulevard
Austin, Texas 78701
Telephone: (512) 322-2506
Facsimile: (512) 322-8306
Email: evan.young@bakerbotts.com

Megan Berge (*pro hac vice* pending)
BAKER BOTTS L.L.P.
1299 Pennsylvania Ave, NW
Washington, D.C. 20004
Telephone: (202) 639-7700
Facsimile: (202) 639-1171
Email: megan.berge@bakerbotts.com

*Attorneys for Defendants*
*HESS CORPORATION, MARATHON OIL*
*COMPANY, MARATHON OIL*
*CORPORATION, REPSOL ENERGY NORTH*
*AMERICA CORP., REPSOL TRADING USA*
*CORP., and REPSOL S.A.*

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the
electronic signatory has obtained approval
from this signatory


By: \*\**/s/ Marc A. Fuller*

Marc A. Fuller (SBN 225462)
Matthew R. Stammel (*pro hac vice* pending)
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3700
Dallas, TX  75201-2975
Telephone: (214) 220-7881
Facsimile: (214) 999-7881
E-mail: mfuller@velaw.com
E-mail: mstammel@velaw.com

from this signatory


By: \*\**/s/ Michael F. Healy*

Michael F. Healy (SBN 95098)
Michael L. Fox (SBN 173355)
SEDGWICK L.L.P.
333 Bush Street
30th Floor
San Francisco, CA 94104-2834
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
E-mail: michael.healy@sedgwicklaw.com
E-mail: michael.fox@sedgwicklaw.com

*Attorneys for Defendant*
*ENCANA CORPORATION*

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the
electronic signatory has obtained approval
from this signatory


By: \*\**/s/ Elizabeth Kim*

Jerome C. Roth (SBN 159483)
Elizabeth A. Kim (SBN 295277)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077
E-mail: jerome.roth@mto.com
E-mail: elizabeth.kim@mto.com

Daniel P. Collins (SBN 139164)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702
E-mail: daniel.collins@mto.com

*Attorneys for Defendants*
*SHELL OIL PRODUCTS COMPANY LLC*
*and ROYAL DUTCH SHELL PLC*

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the
electronic signatory has obtained approval
from this signatory

*Attorneys for Defendants*
*OCCIDENTAL PETROLEUM CORP. and*
*OCCIDENTAL CHEMICAL CORP.*

** Pursuant to Civ. L.R. 5-1(i)(3), the
electronic signatory has obtained approval
from this signatory

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: <u>September 22, 2017</u>


_____
VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE