**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 1 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| COUNTY OF SAN MATEO, individually and on behalf of the People of the State of California,<br><br>       Plaintiff-Appellee,<br><br> v.<br><br>CHEVRON CORPORATION; et al.,<br><br>       Defendants-Appellants. | No.   18-15499<br><br>D.C. No. 3:17-cv-04929-VC<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |
| CITY OF IMPERIAL BEACH, individually and on behalf of the People of the State of California,<br><br>       Plaintiff-Appellee,<br><br> v.<br><br>CHEVRON CORPORATION; et al.,<br><br>       Defendants-Appellants. | No.   18-15502<br><br>D.C. No. 3:17-cv-04934-VC<br>Northern District of California,<br>San Francisco |
| COUNTY OF MARIN, individually and on behalf of the People of the State of California,<br><br>       Plaintiff-Appellee, | No.   18-15503<br><br>D.C. No. 3:17-cv-04935-VC<br>Northern District of California,<br>San Francisco |

v.

CHEVRON CORPORATION; et al.,

    Defendants-Appellants.

---

| | |
|---|---|
| COUNTY OF SANTA CRUZ, individually and on behalf of The People of the State of California; et al., | No. 18-16376 |
| Plaintiffs-Appellees, | D.C. Nos. 3:18-cv-00450-VC<br>3:18-cv-00458-VC<br>3:18-cv-00732-VC<br>Northern District of California,<br>San Francisco |
| v. | |
| CHEVRON CORPORATION; et al., | |
| Defendants-Appellants. | |

Before: IKUTA, CHRISTEN, and LEE, Circuit Judges.

Appellants' Consent Motion for Supplemental Briefing and Oral Argument (Dkt. 269) is DENIED.

2