UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 24 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| COUNTY OF SAN MATEO, individually and on behalf of the People of the State of California,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>CHEVRON CORPORATION; et al.,<br><br>        Defendants - Appellants. | No. 18-15499<br><br>D.C. No. 3:17-cv-04929-VC<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |
| CITY OF IMPERIAL BEACH, individually and on behalf of the People of the State of California,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>CHEVRON CORPORATION; et al.,<br><br>        Defendants - Appellants. | No. 18-15502<br><br>D.C. No. 3:17-cv-04934-VC<br>U.S. District Court for Northern California, San Francisco |
| COUNTY OF MARIN, individually and on behalf of the People of the State of California,<br><br>        Plaintiff - Appellee, | No. 18-15503<br><br>D.C. No. 3:17-cv-04935-VC |

|  | U.S. District Court for Northern California, San Francisco |
|---|---|
| v. | |
| CHEVRON CORPORATION; et al., | |
| Defendants - Appellants. | |

| COUNTY OF SANTA CRUZ, individually and on behalf of The People of the State of California; et al., | No. 18-16376 |
|---|---|
| Plaintiffs - Appellees, | D.C. Nos. 3:18-cv-00450-VC, 3:18-cv-00458-VC, 3:18-cv-00732-VC |
| v. | U.S. District Court for Northern California, San Francisco |
| CHEVRON CORPORATION; et al., | |
| Defendants - Appellants. | |

The judgment of this Court, entered April 19, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7