UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MARIN,<br><br>    Plaintiff,<br><br>v.<br><br>CHEVRON CORP., et al.,<br><br>    Defendants. | Case No. 17-cv-04935-VC<br><br>**ORDER REMANDING CASE**<br><br>Re: Dkt. Nos. 208, 306 |

The case is hereby remanded to the Superior Court of the State of California, County of Marin. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: May 22, 2023

VINCE CHHABRIA
United States District Judge